UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**PETER CHAVEZ,**

   Plaintiff,

v.                                                                     No. 4:24-cv-01009-P

**LEGENDS HOSPITALITY AT AT&T STADIUM,**

   Defendant.

## ORDER

The Court received notification that the Parties settled in the instant dispute. The Court therefore **ORDERS** that all deadlines are **STAYED** until further ordered by the Court. The Parties shall file appropriate dismissal papers—either a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or an appropriate motion and corresponding proposed order—with the Clerk's Office **on or before July 6, 2025.**

**SO ORDERED** on this **6th day of June 2025.**

*[Signature: Mark T. Pittman]*

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE